JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. DE ROOIJ, *et al.,* | No. 2:23-cv-06321-AB (SSC) |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] JUDGMENT |
| UR M. JADDOU, United States Citizenship and Immigration Services, *et al.,* | |
| Defendants. | |

In light of the Court's Order granting Defendants' Motion to Dismiss (Dkt. No. 27), JUDGMENT is hereby entered for Defendants.

SO ORDERED.

Dated: January 26, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1